|  |  |
|---|---|
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE SOUTHERN DISTRICT OF TEXAS<br>MCALLEN DIVISION | United States District Court<br>Southern District of Texas<br>**ENTERED**<br>June 28, 2022<br>Nathan Ochsner, Clerk |

IN RE: )
NONJUDICIAL CIVIL FORFEITURE )
PROCEEDING INVOLVING 277 )      MISC. ACTION NUMBER
FIREARMS, 41 SILENCERS, AND )          M-16-1842
APPROXIMATELY 33,660 ROUNDS OF )
AMMUNITION )

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding this miscellaneous action. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Nadia S. Medrano's Report and Recommendation entered as Docket Entry Number 6 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to counsel for Plaintiff.

DONE on this 28th day of June, 2022, at McAllen, Texas.

_____
Ricardo H. Hinojosa
U.S. DISTRICT JUDGE